STEPHEN KROM et al., Appellants, *v.* JOHN J. LEVY,
Respondent.

(Argued October 4, 1871; decided January term, 1872.)

ACTION upon an account. Defendant set up a counterclaim for breach, on the part of plaintiffs, of a contract to plane and prepare a plate to print the backs of cards. Defendant was allowed to prove as damages the loss sustained by being deprived of the plate for several months in his business, and

the referee allowed him such damages. *Held*, error within the rule laid down in *Blanchard* v. *Ely* (21 Wend., 342) and *Griffin* v. *Colver* (16 N. Y., 489).

*A. C. Morris* for the appellants.

*N. B. Hoxie* for the respondent.

Lott, Ch. C., and Earl, C., read for reversal.
All concur.
Judgment reversed and new trial ordered, costs to abide event.